No. 95–6907. ELIAS v. CHATER, COMMISSIONER OF SOCIAL SECURITY. C. A. 9th Cir. Certiorari denied.

No. 95–6910. HARRELSON v. TRIPPETT, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 95–6911. HENLEY v. CHATER, COMMISSIONER OF SOCIAL SECURITY. C. A. 6th Cir. Certiorari denied.

No. 95–6923. COOK v. WHITE. C. A. 4th Cir. Certiorari denied.

No. 95–6927. ROWSER v. WAYNE CAR RELEASING SERVICES, INC. Cir. Ct. Wayne County, Mich. Certiorari denied.

No. 95–6937. GARDNER v. METROPOLITAN GOVERNMENT DEPARTMENT OF CODES ET AL. C. A. 6th Cir. Certiorari denied.

No. 95–6961. RIVERA v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 95–6963. CLENCY v. NAGLE, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 95–6974. LEWIS v. RUNYON, POSTMASTER GENERAL. C. A. 9th Cir. Certiorari denied.

No. 95–6975. NEFSTAD v. BALDWIN, SUPERINTENDENT, EASTERN OREGON CORRECTIONAL INSTITUTION. C. A. 9th Cir. Certiorari denied.

No. 95–6987. MERLOS v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 95–6998. MOORE v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 95–7005. NIETO v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 95–7011. GEORGOPAPADAKOS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 95–7013. GILLARD v. UNITED STATES. C. A. 5th Cir. Certiorari denied.